NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Russell Handy, Esq., SBN 195058
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191

ATTORNEY(S) FOR:  BRIAN WHITAKER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

Plaintiff(s),

v.

California Landmark SHG, LLC, a Delaware Limited Liability
Company; Team MWB-LA LLC, a California Limited Liability
Company; and Does 1-10

Defendant(s)

CASE NUMBER:

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
**(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                BRIAN WHITAKER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brian Whitaker | Plaintiff |
| California Landmark SHG, LLC | Defendant and Property Owner |
| Team MWB-LA LLC | Defendant and Business Owner |

09/24/2019

Date

Signature

Attorney of record for (or name of party appearing in pro per):

BRIAN WHITAKER

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**